AO 44088 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ MASSACHUSETTS

2004 AUG 10 P 2:25

U.S. DISTRICT COURT
DISTRICT OF MASS

ELIZABETH LENES,
    Plaintiff,

V.

MORGAN STANLEY DW, INC.,
    Defendant.

**SUMMONS IN A CIVIL CASE**

04 11670 NMG

CASE NUMBER:

SCANNED
DATE: 08/11/04
BY: SKY

TO:   (Name and address of Defendant)

    **Morgan Stanley DW, Inc.**
    **c/o CT Corporation System**
    **101 Federal Street**
    **Boston, MA 02108**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    James L. Ackerman BBO # 011650
    Wadland & Ackerman
    28 Elm Street
    Andover, MA  01810
    (978) 474-8880

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

JUL 2 8 2004
DATE



AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me* | DATE 8/2/04 |
| NAME OF SERVER *(PRINT)* William H. Dewsnap, III | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Morgan Stanley DW Inc. C/o CT Corporation 101 Federal Street Boston, MA Suffolk County by serving In Hand to Yvette Conception, Process Specialist.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/02/04
Date

Signature of Server
Process Server & Disinterested Person

92 State Street Boston, MA
Address of Server

* As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.