UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH LENES,<br><br>    Plaintiff,<br><br>v.<br><br>MORGAN STANLEY DW, INC.<br><br>    Defendants. | CIVIL ACTION NO. 04-11670 |

## NOTICE OF DISMISSAL
## PURSUANT TO F.R.C.P. RULE 41(a)(i)

No answer or motion for summary judgment having been filed by the adverse party, plaintiff herewith voluntarily dismisses the action without prejudice.

Respectfully submitted,

ELIZABETH LENES,
By her attorneys,

Dated: September 9, 2004

James L. Ackerman BBO #011650
Wadland & Ackerman
28 Elm Street
Andover, MA  01810
(978) 474-8880

-1-