UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH LENES,<br>           Plaintiff,<br><br>v.<br><br>MORGAN STANLEY DW, INC.<br>           Defendant | )<br>)<br>)  CASE NO. 04-11670 NMG<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF PLAINTIFF'S COUNSEL CHANGE OF ADDRESS

Please take notice that the new address for Wadland & Ackerman is:

    Wadland & Ackerman
    Two Dundee Park, Suite 304
    Andover, MA  01810-3726

The telephone and facsimile numbers remain the same as do our e-mail addresses.

                Respectfully submitted,

                ELIZABETH LENES,
                By her attorneys,

Dated: November 15, 2004

                James L. Ackerman BBO #011650
                Wadland & Ackerman
                Two Dundee Park, Suite 304
                Andover, MA  01810-3726
                (978) 474-8880

### CERTIFICATE OF SERVICE

    I, James L. Ackerman, hereby certify that a copy of the foregoing document has been served on November 15, 2004 by first-class mail upon Frances S. Cohen, Esquire of Dechert, LLP, 200 Clarendon Street, 27th Floor, Boston, MA 02116 and Laurence Johnson, Esquire of Davis, Malm & D'Agostine, P.C. of One Boston Place, Boston, MA 02108.

                James L. Ackerman